Robert Lee Pickrell III (525750)
Full Name/Prisoner Number
Canyon County Jail
219 North 12th Ave.
Caldwell, ID 83605
Complete Mailing Address

Petitioner

U.S. COURTS

NOV 29 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Robert Lee Pickrell III                     )
Petitioner,                                 )   CASE NO. _____
(Full name)                                 )   (to be assigned by the Court upon filing)
                                            )
vs.                                         )
                                            )   **APPLICATION**
                                            )   **FOR IN FORMA**
                                            )   **PAUPERIS STATUS**
Vital Core + Canyon County Jail, all staff, Sheriff
Respondent. officers and all medical staff for Vitalcare
Employed by Canyon County Jail

      By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted, my fee will not be waived, but I will be responsible to pay the fee from my prison trust account in increments, when and as I am able to do so.

1. Are you employed? Yes ____ No. ✓ . If employed, please state your job title and the total amount of wages you make per month.

   _____   $ _____ per month
   Job Title

2. Within the past twelve (12) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?          Yes___ No ✓
   b. Rent payments, interest or dividends?                Yes___ No ✓
   c. Pensions, annuities, or life insurance payments:     Yes___ No ✓
   d. Gifts or inheritances?                               Yes___ No ✓
   e. Any other sources?  Unemployment NC                  Yes ✓ No___
      (State source)

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02) 23

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve (12) months.

From December 2020 to Sept. 2021, recieved $136.00 a week for self employment unemployment benefits, and $436.00 a week at one point for 3 months so I think, not sure. No income since 9-18-2021.

3. Do you have any money, including in prison accounts or other checking or savings accounts?
   Yes ✓   No ___.

   If the answer is "yes," state the total amount.   $ 47.00

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ✓   No ___.  If the answer is "yes," describe the property and state its approximate value.
   (Empty lot in North Carolina 1052 Virginia St./$6,000.00) (Run down house in North Carolina 1053 depends on /$24,000) (5 acres land Thomas, Colorado /$5,500.00)

5. List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you do, or are obligated to contribute, toward their support.

   my 23 year old daughter — Rayahnia   Hudson    $ 75.00 a month child support arrears
   my 17 year old son — Brandon   Pickrell / Brenda Jones   $ 160.00 a month

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on this 24 day of November, 20 21.

   Robert Lee Pickrell III
   Petitioner

**Note: You do not need to send a copy of this document to Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.**

IN FORMA PAUPERIS AFFIDAVIT HABEAS (Rev. 11/02) 24

*[Prisoner Original Signature]*

Prisoner Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Canyon County Jail c/o Dale G. Haile Detention Center (location) on November 29, 2021 (date)

*[Prisoner's Original Signature]*

Prisoner's Original Signature